```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION


PAUL JODY YANCY,                    *

        Plaintiff                   *

vs.                                 *
                                         CASE NO. 4:11-CV-34 (CDL)
ERROLL B. DAVIS, JR., et al.,

        Defendants                  *
```

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on May 2, 2011 after the Magistrate conducted a preliminary review of the Complaint pursuant to 28 U.S.C. 1915(e)(2). The Court adopts the Recommendation in part as follows:

1) The claims against the individual defendants in their official capacities are redundant and shall be deemed to be claims against their employer, the Board of Regents of the University System of Georgia.

2) Construing the pro se complaint liberally, the Court finds at this stage that Plaintiff's Title II claim against the Board of Regents shall proceed.

3) The claims against the individual defendants in their individual capacities pursuant to Title II of the ADA are dismissed because they fail to state a claim.

4) Construing Plaintiff's pro se complaint liberally, the Court finds at this stage that Plaintiff's claims under Section 504 of the Rehabilitation Act against the Board of Regents shall proceed. The claims against the individual Defendants pursuant to Section 504 of the Rehabilitation Act are dismissed for failure to state a claim.

5) Construing Plaintiff's pro se complaint liberally at this stage, the Court finds that Plaintiff's claims for retaliation under 42 U.S.C. 12203 against the Board of Regents shall proceed.

6) Construing Plaintiff's pro se complaint liberally at this stage, the Court finds that Plaintiff's retaliation claims against Defendants Sheri Noviello, Elizabeth Frander, and Stephanie Lewis in their individual capacities state a claim, and therefore, those claims shall proceed.

In summary, the following claims remain pending:

a) Plaintiff's claims against the Board of Regents of the University System of Georgia; and

b) Plaintiff's retaliation claims against Sheri Noviello, Elizabeth Frander, and Stephanie Lewis in their individual capacities.

The Marshal is directed to serve Plaintiff's complaint upon the Board of Regents of the University System of Georgia, Sheri Novielo, Elizabeth Frander, and Stephanie Lewis.

IT IS SO ORDERED, this 3rd day of August, 2011.

                    S/Clay D. Land
                    CLAY D. LAND
                    UNITED STATES DISTRICT JUDGE