IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| PAUL JODY YANCEY, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 4:11-CV-34 (CDL) |
| BOARD OF REGENTS OF UNIVERSITY SYSTEM OF GEORGIA, *et al.*, | * | |
| Defendants. | * | |
| | * | |

O R D E R

Having reviewed Plaintiff's Motion to Compel Disclosure (ECF No. 28) and Defendants' response to it, the Court finds that Defendants have made a good faith attempt to respond to Plaintiff's discovery requests. Accordingly, Plaintiff's motion (ECF No. 28) is denied. The Court also finds that a hearing on the motion is unnecessary, and Plaintiff's Motion for a Hearing (ECF No. 29) is likewise denied.

IT IS SO ORDERED, this 26th day of April, 2012.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE